# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| BARRON'S OUTFITTERS, INC.,<br><br>    Plaintiff<br><br>vs.<br><br>BIG HAIRY DOG INFORMATION SYSTEMS AND RETAIL PRO INTERNATIONAL, LLC<br><br>    Defendants. | CIVIL ACTION NO. 3:14-4335-TLW |

## **STIPULATION OF DISMISSAL**

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims in the above-captioned case against the defendants. None of the rights of any putative class members have been released, or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED this 19th day of December, 2017.

                Plaintiff,

                By:  /s/ *Lance S. Boozer*
                     Lance S. Boozer
                     The Boozer Law Firm, LLC
                     1400 Laurel Street, Suite 4A
                     Columbia, SC 29201
                     Tele:  803-608-5543
                     Email:  lsb@boozerlawfirm.com

Defendant,

By: /s/ *Timothy Wolf*
    Timothy Wolf
    Brown & James
    800 Market Street, Suite 1100
    St. Louis, MO 63101
    314-242-5350
    twolf@bjpc.com

CERTIFICATE OF SERVICE

I, hereby certify that on December 19, 2017, I filed the foregoing with the Court's CM/ECF system, which served the same on the counsel of record.

/s/ *Lance S. Boozer*
Lance S. Boozer

2